Glenn R. Kantor Esq., State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan Esq., State Bar No. 113864
 Email: akassan@kantorlaw.net
Brent Dorian Brehm Esq. , State Bar No. 248983
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Pamela Pullman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAMELA PULLMAN, | Case No.: 2:16-cv-1254-CBM(ASx) |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE [JS-6]** |
| vs. | |
| THE LINCOLN NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: December 9, 2016

_____
Hon. Consuelo B. Marshall
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525